# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA E. SANDERS,  )<br>     Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CHILD ADVOCACY CENTER, *et al.*,  )<br>     Defendants.  ) | CIVIL ACTION 1:23-00205-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated July 11, 2023 (Doc. 5) is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that this case is **DISMISSED without prejudice.**

**DONE** and **ORDERED** this the **9th** day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**